

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Banta Oilfield Services, Inc., Appellant

No. 06-17-00107-CV          v.

Mewbourne Oil Company, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 16-0719-C/B). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's summary judgment in favor of Mewbourne Oil Company, reverse the trial court's denial of Banta Oilfield Services, Inc.'s, motion for summary judgment and render judgment in favor of Banta on the enforceability of the indemnity provision against Mewbourne and Mewbourne's breach thereof; and remand to the trial court for a determination of damages and attorney fees.

We further order that the appellee, Mewbourne Oil Company, pay all costs of this appeal.

RENDERED DECEMBER 4, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk